## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| ANNIE THORNTON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TYSON FOODS, INC. | Case No. 5:22-cv-05077-TLB<br>FLSA Collective Action<br><br>Judge Timothy L. Brooks |

## PLAINTIFFS' UNOPPOSED MOTION TO
## APPROVE SETTLEMENT AGREEMENT

Plaintiffs request the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of Plaintiffs' and Plaintiffs' counsel's investigation, litigation, and negotiation. It completely resolves Plaintiffs', and the rest of the collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Plaintiffs and the similarly situated employees of Tyson who opt-into the Settlement, in light of the inherent risks of litigation and trial. Tyson has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Plaintiffs and the proposed collective members. Plaintiffs requests the Court approve the Parties' Settlement Agreement, including notice to the collective, and dismiss the Plaintiffs' claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
  **Matthew S. Parmet**
  TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**Andrew R. Frisch, Esq.**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, 4th Floor
Plantation, Florida 33324
Telephone: (954) 327-5355
Facsimile: (954) 327-3013
Email: afrisch@forthepeople.com

**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with Defendant's counsel, who confirmed Defendant is unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet