**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| ANNIE THORNTON, individually and on behalf of all similarly situated,<br>Plaintiff,<br><br>- against –<br><br>TYSON FOODS, INC.<br><br>Defendant. | **Case No. 5:22-cv-5077 (TLB)**<br>FLSA Collective Action<br><br>Judge Timothy L. Brooks |

**JOINT NOTICE OF AMENDED SETTLEMENT**

Plaintiff Annie Thornton and Defendant Tyson Foods, Inc. jointly notify that, after further discussion, the parties have reached agreement on the terms of an amended settlement agreement. The Parties' amended agreement contemplates seeking Court approval of an FLSA collective action settlement.

The Parties agree that, having reached agreement, the settlement conference set for October 10, 2024 at 9:00 a.m. [Dkt. No. 55] is no longer necessary and respectfully request that the Court vacate that conference. Further, the Parties request that the Court permit 21 days for Plaintiff (or the Parties jointly) to submit a motion for approval of their settlement agreement.

Dated: October 3, 2024

Respectfully submitted,

By: ______________________

Damien P. DeLaney
California Bar No. 246476
E-mail: damien.delaney@akerman.com
**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 533-5920
Facsimile: (213) 627-6342

*Attorneys for Defendant*
TYSON FOODS, INC.

By: ___*/s/ Matthew S. Parmet*___________
Matthew S. Parmet
Texas Bar No. 24069719
E-mail: matt@parmet.law
**PARMET PC**
2 Greenway Plaza, Suite 250
Houston, TX 77046
Telephone: (713) 999-5228

*Attorney for Plaintiff*