UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ANNIE THORNTON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TYSON FOODS, INC. | Case No. 5:22-cv-05077-TLB<br>FLSA Collective Action<br><br>Judge Timothy L. Brooks |

**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE
AMENDED SETTLEMENT AGREEMENT**

Plaintiffs request the Court approve the amended settlement reached in this Fair Labor Standards Act (FLSA) case. The Amended Settlement Agreement represents the culmination of Plaintiffs' and Plaintiffs' counsel's investigation, litigation, and negotiation. It completely resolves Plaintiffs', and the rest of the collective's, claims at issue in this lawsuit.

Tyson has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue. Absent the settlement, Plaintiffs' and the proposed collective's claims would remain subject to the inherent risks of litigation and trial. Instead of remaining exposed to these risks, the proposed settlement is fair and reasonable, and it will provide meaningful relief to Plaintiffs and the similarly situated employees of Tyson who opt-into the Settlement.

The Parties have made significant revisions to their settlement consistent with the Court's direction during the prior hearings with the Court. *See* ECF Nos. 47, 56. The Amended Settlement Agreement addresses the issues outlined by the Court, and Plaintiffs have provided additional briefing that speaks to the concerns expressed by the Court.

For these reasons, settlement of this matter is in the best interest of Plaintiffs and the proposed collective members. Plaintiffs requests the Court approve the Parties' Amended

Settlement Agreement, including notice to the collective, and allow Tyson's affected employees to join the settlement.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
 **Matthew S. Parmet**
 TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**Andrew R. Frisch, Esq.**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, 4th Floor
Plantation, Florida 33324
Telephone: (954) 327-5355
Facsimile: (954) 327-3013
Email: afrisch@forthepeople.com

**C. Ryan Morgan, Esq.**
FL Bar # 0015527
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone:    (407) 420-1414
Email: rmorgan@forthepeople.com

**Attorneys for Plaintiffs**

- 3 -

## CERTIFICATE OF CONFERENCE

      Prior to filing this motion, I conferred with Defendant's counsel, who confirmed Defendant is unopposed to the relief sought herein.

      */s/ Matthew S. Parmet*

      _____
      Matthew S. Parmet