ILYM | GROUP, Inc.

SETTLEMENT ADMINISTRATION EXPERTS

Ex. B

## Case Name: Thornton v. Tyson

Thursday, February 29, 2024

| | |
|---|---|
| Requesting Attorneys Name: | Matt Parmet |
| E-Mail Address: | matt@parmet.law |
| ILYM Contact: | Sean Stonehouse |
| E-Mail: | sean.stonehouse@ilymgroup.com |
| Contact Number: | 408-691-5605 |

**ASSUMPTIONS:**

**FLSA Collective**

| | |
|---|---|
| Total Number of Class Members | 17,000 |
| Estimated Percentage of Mail Undeliverables | 10% |
| NCOA | Yes |
| Re-mail Undeliverables | Yes |

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **CASE STARTUP** | | | | |
| Initial Setup - *Import and Formatting of Data** | Hourly | $150.00 | 10 | $1,500.00 |
| Programming of Class Database | Hourly | $175.00 | 10 | $1,750.00 |
| | | | **Subtotal** | **$3,250.00** |
| **PROJECT MANAGEMENT** | | | | |
| Project Manager (Case notification and maintenance) | Per Hour | $120.00 | 20 | $2,400.00 |
| Staff Hours for Processing Consent Form | Per Hour | $75.00 | 7 | $525.00 |
| Staff Hours for Processing Returned Mail | Hourly | $75.00 | 7 | $525.00 |
| NCOA | Flat Fee | $1,000.00 | 1 | $1,000.00 |
| Interactive Website w/ SignBlue | Flat Fee | $1,500.00 | 1 | $1,500.00 |
| Weekly Updated Reports | Per Week | $200.00 | 4 | Waived |
| | | | **Subtotal:** | **$4,450.00** |
| **DESCRIPTION OF MAILING** | | | | |
| Generic FLSA Notice (2 pages, consent form) with SASE | Per Piece | $1.50 | 17,000 | $25,500.00 |
| USPS First Class Postage | Per Piece | $0.65 | 17,000 | $11,050.00 |
| Re-mails (Forward/Skip Trace- Includes Postage) | Per Piece | $2.00 | 1,700 | $3,400.00 |
| Email Notification Delivery | Flat Fee | $500.00 | 1 | $500.00 |
| BRM (Pre-Paid Postage for Returned Opt-Ins) | Per Piece | $1.32 | TBD | TBD |
| | | | **Subtotal:** | **$40,450.00** |

**ILYM assumes that data will be in a standard format. Client will be notified immediately if not in standard format to correct data or ILYM can convert to standard format @ $150.00 per hour.*

ILYM | GROUP, Inc.

SETTLEMENT ADMINISTRATION EXPERTS

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **DISTRIBUTION (Includes EIN, Bank Acct /QSF Setup)** | | | | |
| Distribution Setup & Management | Hourly | $150.00 | 10 | $1,500.00 |
| Account Reconciliation & Distribution Reporting | Hourly | $125.00 | 10 | $1,250.00 |
| Check Stub & Release - Print & Mail (including 1099) | Per Check | $1.75 | 8,500 | $14,875.00 |
| Check Mailing Postage | Per Piece | $0.63 | 8,500 | $5,355.00 |
| Re-Mails (Forward/Skiptrace Undeliverables) | Per Piece | $2.00 | 850 | $1,700.00 |
| Preparation of Taxes | Hourly | $120.00 | 10 | $1,200.00 |
| Additional State Filing | Per State | $350.00 | 7 | $2,450.00 |
| Annual Filing of Tax Return | Per Year | $1,500.00 | 1 | $1,500.00 |

***Additional Bank fees may apply*

**Subtotal $29,830.00**

| | | | | |
|---|---|---|---|---|
| **CASE CONCLUSION** | | | | |
| Data Manager Final Reporting | Hourly | $100.00 | 4 | $400.00 |
| Project Manager Final Reporting | Hourly | $120.00 | 4 | $480.00 |
| Declarations | Hourly | $125.00 | 1 | $125.00 |

**Subtotal $1,005.00**

**Total Case Estimate: $78,985.00**

ILYM | GROUP, Inc.

SETTLEMENT ADMINISTRATION EXPERTS

All services to be provided by ILYM Group, Inc. (hereinafter, "ILYM") to Client shall be subject to the following terms and conditions:

**Services:** Subject to the terms hereof, ILYM agrees to provide the Client with Administration Services (hereinafter, "services") as specified in the Proposal provided to Client to which these Terms and Conditions are attached. The estimate is in good faith and does not cover any applicable taxes and fees. The estimate does not make provision for any services or class members/size not delineated in the request for proposal or stipulations. Such services do not in any way constitute legal services or advice. ILYM is performing its services as an Independent Contractor and neither it nor its employees shall be deemed to be employees of the Client.
**Mailing and Data Conversion:** ILYM's database administration assumes the Client will provide complete data that includes all information required to send notifications and complete the administration process. Data must be provided in a complete, consistent, standardized electronic format. ILYM's standard format is Microsoft Excel, however, ILYM may accept other formats at its discretion. Further developments or enhancements to non-standardized data will be billed to Client by ILYM on a time and materials basis, according to ILYM's Standard Rates.
**Charges for Services:** Charges to the Client for services shall be on a time and materials basis at our prevailing rates, as the same may change from time to time. Any fee estimates set forth in the proposal are estimates only, based on information provided by Client to ILYM. Actual fees charged by ILYM to Client may be greater or less than such estimate, and Client shall be responsible for the payment of all such charges and expenses in accordance with Section 5 hereof. Charges incurred related to resolving post distribution withholdings and related corrective files due to voids and re-issues of payments and related correspondence with state and federal taxing authorities will not be charged to the Client to the extent that funds are received from the taxing authorities offset these charges. ILYM may derive financial benefits from financial institutions in connection with the deposit and investment of settlement funds with such institutions, including without limitation, discounts on eligible banking services and fees, and loans at favorable rates.
**Indemnification:** Client will indemnify and hold ILYM (and the officers, employees, affiliates and agents harmless against any Losses incurred by ILYM, arising out of, in connection with, or related to (i) any breach of the terms by Client; (ii) the processing and handling of any payment by ILYM in accordance with Client's instructions, including without limitation, the imposition of any stop payment or void payment on any check or the wrongful dishonor of a check by ILYM pursuant to Clients instructions.
**Payment of Charges:** ILYM reserves the right to request payment of postage charges and 50% of the final administration charges at the start of the case. ILYM bills are due upon receipt unless otherwise negotiated and agreed to with the Client. In the event settlement terms provide that ILYM is to be paid out of the Settlement Fund, ILYM will request that Counsel endeavor to make alternate payment arrangements for ILYM charges that are due at the onset of the case. The entire remaining balance is due and payable at the time the Settlement Account is funded by, or no later than the time of disbursement. Decisions of the court and actions of the parties, including disapproval or withdrawal of a settlement, do not affect the Client's liability to ILYM for payment of services. Services are not provided on a contingency fee basis.
**Confidentiality:** ILYM maintain reasonable and appropriate security measures and safeguards to protect the security and confidentiality of Client data provided to ILYM by Client in connection herewith. Should ILYM ever be notified of any judicial order or other proceedings in which a third party seeks to obtain access to the confidential data created by or for the Client, ILYM will promptly notify the Client, unless prohibited by applicable law. The Client shall have the option to (1) provide legal representation at the Client's expense to avoid such access or (2) promptly reimburse ILYM for any of its costs, including attorneys' fees, reasonably incurred in avoiding, attempting to avoid or providing such access and not paid by the entity seeking the data. If ILYM is required, pursuant to a court order, to produce documents, disclose data, or otherwise act in contravention of the obligations imposed by this Agreement, or otherwise, with respect to maintaining the confidentiality, proprietary nature and secrecy of the produced documents or disclosed data, ILYM will not be liable for breach of said obligation.
**Data Rights:** ILYM does not convey nor does the Client obtain any right in the programs, system data, or materials utilized or provided by ILYM in the ordinary course of business in the performance of this Agreement.
**Document Retention:** Unless directed otherwise in writing by Client, ILYM will destroy undeliverable mail on the effective date of the settlement or the date that the disposition of the case is no longer subject to appeal or review, whichever is later. ILYM will maintain claim forms and other correspondence for one year after final distribution of funds or benefits, or until the date that the disposition of the case is no longer subject to appeal or review, whichever is later.
**Limitation of damages:** ILYM is not responsible to the Client for any special, consequential or incidental damages incurred by Client. Any liability of ILYM to the Client shall not exceed the total amount billed to the Client for the particular services that give rise to any loss.
**Termination:** The services to be provided under this Agreement may be terminated, at will by the Client upon at least 30 calendar days' prior written notice to ILYM. The Client's obligation to pay for services or projects in progress at the time of notice of withdrawal shall continue throughout that 30 day period. ILYM may terminate this Agreement (i) with 10 calendar days' prior written notice, if the Client is not current in payment of charges or (ii) in any event, upon at least 3 months' prior written notice to the Client.
**Notice:** Any notice required or permitted hereunder shall be in writing and shall be delivered personally, or sent by registered mail, postage prepaid, or overnight courier service to the responsible officer or principal of ILYM or the Client, as applicable, and shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in United States mail, or, if sent by courier, one business day after delivery to such courier service.
**Force Majeure:** To the extent performance by ILYM of any of its obligations hereunder is substantially prevented by reason of any act of God or by reason of any other matter beyond ILYM's reasonable control, then such performance shall be excused and this Agreement, at ILYM's option, be deemed suspended during the continuation of such condition and for a reasonable time thereafter.
**Waiver of Rights:** No failure or delay on the part of a party in exercising any right hereunder will operate as a waiver of, or impair, any such right. No single or partial exercise of any such right will preclude any other or further exercise thereof or the exercise of any other right. No waiver of any such right will be effective unless given in a signed writing.
**Jurisdiction:** The parties hereto submit to the jurisdiction of the Court of the applicable case for purposes of any suit, action or proceeding to enforce any provision of, or based on any right arising out of, this Agreement. The parties hereto hereby waive any objection to the laying of venue of any such suit, action or proceeding in the Court.
**Entire Agreement:** These terms and conditions and the proposal embody the entire agreement between the parties with respect to the subject matter hereof, and cancels and supersedes all prior negotiations, representations, and agreements related thereto, either written or oral, except to the extent they