IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNIE THORNTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TYSON FOODS, INC.

Defendant.

**Case No.: 5:22-cv-05077-TLB**
FLSA Collective Action

Judge Timothy L. Brooks

**DECLARATION OF C. RYAN MORGAN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL**

I, C. RYAN MORGAN, declare under penalty of perjury, as follows:

1. My name is C. Ryan Morgan. I am over the age of 18. The statements set forth in this declaration are made of my own personal knowledge and if called as a witness, I could and would testify competently to the matters stated below.

2. I am an equity partner in the law firm of Morgan & Morgan, P.A. in Orlando, Florida and chair of the Employee Rights Group.

3. Morgan & Morgan is a nationwide trial advocacy law firm, currently employing over one thousand (1,000) attorneys, in offices across the United States, with vast resources at its disposal. My firm and I intend to commit to any and all resources needed to successfully complete the settlement and administration of this class action. My department, the Employee Rights Group, has approximately twenty (20) attorneys experienced in wage and hour class and collective actions similar to this case.

4. I am an attorney, in good standing, licensed to practice law in the state courts of Florida and Georgia.

5. Further, I am also admitted in the courts of the Southern District of Florida, the



Ex. E

Middle District of Florida, the Northern District of Florida, the Northern District of Georgia, the Middle District of Georgia, and the Federal Claims Court, among many other courts.

6. I have been practicing law since 2005. I graduated from the University of Florida for both my undergraduate degree and my law degree, both with honors.[1] I received a Florida "Rising Star" distinction from Super Lawyers for the years 2013-2015. I have an "AV" Preeminent rating from Martindale-Hubble, and was a 2022 member of Law360's Wage & Hour Editorial Board, which is a collection of Plaintiff and Defense attorneys throughout the United States who primarily practice in wage and hour cases and provide feedback and expert insight into wage and hour issues. See https://www.law360.com/employment-authority/articles/1483575/law360-s-2022-wage-hour-editorial-advisory-board. I have also routinely spoken to media outlets and at seminars and other CLE events on wage and hour issues, including presenting at seminars for the National Employment Lawyers Association and the American Bar Association.

7. I have extensive experience litigating wage and hour collective actions under the Fair Labor Standards Act ("FLSA") and wage and hour class actions under Rule 23 of the Federal Rules of Civil Procedure or analogous state court rules. I have been involved as counsel in the following collective and class actions, among others:

- *Johnson v. Lazer Spot, Inc.,* 1:22-cv-1852-MHC (N.D. Ga. 2022)
- *Hansen v. Waste Pro of South Carolina, Inc.,* 2:17-cv-2654-DCN (D.S.C. 2017)
- *Campo v. Granite Services International, Inc.,* 1:21-cv-00223-AT (N.D. Ga. 2021)
- *Mayer v. Perfect Pizza Pie, Inc.*, Case No. 2017-CA-000537 (Fla. Cir. Ct. Flagler County, Florida)
- *Adams v. Bam-Bam Pizza, Inc.*, Case No. 2018-CA-5743 (Fla. Cir. Ct. Orange County, Florida)
- *Clark v. Team St. Pete, Inc.,* Case No. 19-496-CI (Fla. Cir. Ct. Pinellas County, Florida)

[1] I was nominated to and Joined Phi Beta Kappa during my undergraduate studies. In law school I was President of the Justice Campbell Thornal Moot Court Board among other distinctions.

- *Marnoch v. GBR Pizza, Inc.,* Case No. 5:19-cv-257-D (E.D.N.C. 2019)
- *Grigoryan v. Jacksonville Restaurant Management, LLC*, Case No. 16-2015-CA-1686 (Fla. Cir. Ct. Duval County, Florida)
- *Steven Zampella v. Aim High Pizza, et al.,* Case No.: 2020-cv-330 (Fla. Cir. Ct. of Hernando Cty. 2020)
- *Antoinette DiMartino v. PDQ Pizza, Inc.,* et al, Case No.: 2021-CA-007738axx (Fla. Cir. Ct. of Palm Beach Cty. 2021)
- *Weekes-Rivera v. HSBC Securities (USA) Inc.,* Case No. 154959/2018 (Supreme Court of the State of New York, County of New York)
- *Solomon v. Team Adhoc, LLC and East West Bank*, Case No. 2:17-CV-3636-JAK-RAC (C.D. Cal. 2017)
- *Fata v. Pizza Hut of America, Inc.*, Case No. 6:14-cv-376-RBD-DCI (M.D. Fla. 2014)
- *Thompson v. Direct General Consumer Products, Inc.*, Case No. 3:12-cv-1093 (M.D. Tenn. 2012)
- *Lipsey v. Retreat Capital Management, Inc.,* Case No. 3:17-cv-1915 (N.D. Tex. 2017)
- *Williams v. The Cypress Group, LLC and Regions Bank*, Case No. 2:16-cv-1043 (N.D. Ala. 2016)
- *Pierce v. Frenchy's South Beach Café, Inc*, Case No.: 8:14-cv-2573-SDM-JSS (M.D. Fla. 2014)
- *Hanna v. CFL Pizza,* No. 2011-52949 (Fla. Cir. Ct. Brevard Cty)
- *Barber v. Premier Courier, Inc.*, Case No.: 2:13-cv-1-ALM-MRA (S.D. Ohio 2013)
- *Mayo, et al., v. Travel Centers of America, LLC*, Case No.: 1:11-cv-01411-PAG (N.D. Ohio 2011)
- *Nichols v. Diebold, Inc.,* Case No.: 2011-CA-3531-O (9th Cir., Orange County 2011)
- *Tankersley v. Lowe's Home Centers, Inc.*, Case No.: 2010-CA-17994-O (9th Cir., Orange County 2011)
- *Pastorius v. Lowe's Home Centers, Inc., et al.,* Case No.: 3:11-cv-307 (S.D. Tex. 2011)
- *Perry v. M/I Homes, Inc.*, 8:08-cv-491-VMC-AEP (M.D. Fla. 2008)

- *Grassick v. Avatar Properties, Inc.*, 6:08-cv-613-JA-KRS (M.D. Fla. 2008)
- *Templeton v. Fred Meyer, Inc.,* Case No.: 3:10-cv-607 (D. Or. 2010)
- *McConnell v. Aftermath, Inc.*, Case No,: 3:10-cv-153-HLA-JBT (M.D. Fla. 2010)
- *Mainor v. Lazer Spot, Inc.,* Case No.: 1:11-cv-971-CAP (N.D. Ga. 2011)
- *Jackson v. Healthport Technologies, LLC*, Case 1:11-cv-1687-SCJ (N.D. Ga. 2011)

8. I am intimately familiar with Kronos related wage and hour claims such as the matter here. I have been involved in numerous Kronos Outage wage and hour claims include, but not limited to, the following:

- *Stevens v. PepsiCo, Inc.,* No. 7:22-cv-00802-NSR (S.D.N.Y. 2022)
- *Anstead v. Sacred Heart Health System, Inc.,* No. 3:22-cv-02553-MCR-HTC (N.D. Fla. 2022)
- *Estevez v. Change Healthcare, Inc.,* No. 3:22-cv-00327 (M.D. Tenn. 2022)
- *Woodruff v. Kaiser Aluminum Corp.*, No. 3:22-cv-00333 (M.D. Tenn. 2022)
- *Henderson v. Johnson Controls Inc.*, No. 2:22-cv-00414 (E.D. Wisc. 2022)
- *Sanchez v. Stonegate Senior Living, LLC*, No. 3:22-cv-00864-E (N.D. Tex. 2022)
- *Marshall v. Coca-Cola Consolidated Inc.*, No. 3:22-cv-00214-RJC-SCR (W.D.N.C. 2022)
- *Johnson v. McKesson Corp.*, No. 3:22-cv-00806 (N.D. Tex. 2022)
- *Smith v. Sodexo, Inc.,* No. 8:22-cv-00984-PX (D. Md. 2022)
- *Hughes v Franciscan Alliance, Inc.,* Case No. 1:22-cv-675-TWP-TAB (S.D. Ind. 2022)

9. Based on my qualifications and experience, I am qualified to serve as Plaintiff's counsel in the instant putative class action case. My co-counsel and I will commit the time and resources needed to complete this case and the administration of the settlement.

10. I have been lead counsel along with my partner, Andrew Frisch and also Matthew Parmet of Parmet Law. We undertook this case on a contingency fee agreement, and have not been

paid for any of the work we have done to date. Further, our work on this case has precluded us from handling other matters, including other class/collective wage and hour matters.

11. My reasonable hourly rate for handling FLSA collective actions is in excess of $500 per hour.

12. However, for the purposes of the immediate motion, my reasonable hourly rate sought has been reduced to $400 per hour, for the reasons expressed in the motion. A $400 hourly rate charged is in line with experienced attorneys billing in comparable FLSA collective actions in comparable markets to this District.

13. I have reviewed the declarations of Matthew Parmet and Andrew Frisch also filed in support of this motion. I agree with the factual assertions in them and agree with Mr. Frisch's assertions of the hours that Morgan & Morgan has spent on this case, plus future time necessary to complete the settlement process.

I declare under penalty of perjury under the laws of the State of Florida and of the United States that the foregoing is true and correct.

Executed this 24th day of October, 2024 in Orlando, Florida.

By: **/s/ C. RYAN MORGAN**
C. RYAN MORGAN, ESQ.