**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| ANNIE THORNTON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TYSON FOODS, INC. | **Case No. 5:22-cv-05077-TLB**<br>FLSA Collective Action<br><br>Judge Timothy L. Brooks |

## JOINT STATUS REPORT

The Parties file this joint status report pursuant to this Court's Order dated April 25, 2025 (D.E. 64) and state:

The Administrator mailed the first distribution on December 16, 2025, with that process closing approximately one month ago, which was the extended check expiration dates for putative collective members whose notice packets were remailed.

Following this first round of notice, 11,048 collective members cashed their checks out of 15,669 putative collective members, which represents over 70%.

The Administrator is sending the second distribution, which redistributes $254,859.72 in unclaimed funds to collective members who previously cashed their settlement checks.

Following this second distribution, the Parties will update the Court with the anticipated cy pres amount and will also file the list of FLSA Collective Members who joined the action.

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: ______________________________

**Matthew S. Parmet**
TX Bar # 24069719
**PARMET LAW PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5200
matt@parmet.law

**Andrew R. Frisch**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

**Attorneys for Plaintiffs**

*/s/ Damien P. Delaney* (by permission)
By: ______________________________

**Damien P. DeLaney**
California Bar No. 246476
E-mail: damien.delaney@akerman.com
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 533-5920
Facsimile: (213) 627-6342

**Attorneys for Defendant**